UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>      Plaintiff(s),<br><br>  -against-<br><br>Manuel Barreiro<br>Sandro Collado, and<br>Osvaldo Alvarez,<br><br>      Defendant(s). | 25-CR-00054-3 (MMG)<br><br>**ORDER** |

MARGARET M. GARNETT, United States District Judge:

  With respect to Defendant, Osvaldo Alvarez, the Change of Plea hearing in this matter is scheduled for September 24, 2025, at 11:00 a.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: September 18, 2025
     New York, New York

                   SO ORDERED.

                   _____
                   MARGARET M. GARNETT
                   United States District Judge